Abraham Strauss, Appellant, *v.* Charles Miltenberger, Respondent.

Supreme Court, Appellate Term, First Department, October Term — Filed November, 1922.

**Banks and banking — certification of check payable to maker.**

The certification of a check for the maker and payable to him does not affect his liability either as drawer or indorser.

Appeal by plaintiff from a judgment of the Municipal Court of the city of New York, borough of Manhattan, ninth district, in favor of the defendant entered on a dismissal of the complaint at the close of the whole case, after trial by the court without a jury.

*Louis E. Felix (Louis Engelberg, of counsel), for appellant.*

*Fliashnick & Sustick (Emanuel Sustick, of counsel), for respondent.*

*Per Curiam.* As the maker of the check, payable to himself, procured its certification, the fact of certification does not affect his liability either as maker or indorser. *First Nat. Bank of Jersey City* v. *Leach,* 52 N. Y. 350, 353; *Times Sq. Auto. Co.* v. *Rutherford Nat. Bank,* 77 N. J. L. 649; *Minot* v. *Russ,* 156 Mass. 458. The plaintiff's *prima facie* case was not overcome by the proofs offered to show that he was not a holder in due course without notice.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, Guy, Bijur and Mullan, JJ.

Judgment reversed.